LOUISE GUILDEN, Respondent, *v.* IRA GUILDEN, Appellant.

Argued October 14, 1947; decided November 21, 1947.

*Emil K. Ellis, Abraham J. Heller, Jonas Ellis* and *Abraham Beital* for appellant.

*Arnold J. Brock* and *William P. Balaban* for respondent.

Order affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ.